**No. 61270.**—E. R. Squibb & Sons v. United States, protests 288355–K and 288966–K (New York).

Opinion by WILSON, J. The protests were dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, OCTOBER 15, 1957

**No. 61271.**—Lucas Electrical Service, Inc., and Frank J. Eberle Co. et al. v. United States, protests 292724–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items marked "A" consist of ammeters similar in all material respects to those the subject of *Lucas Electrical Services, Inc.*, and *Frank J. Eberle Co.* v. *United States* (36 Cust. Ct. 209, C. D. 1776), the claim at 12½ percent under the provision in paragraph 369 (c), as modified, *supra*, for parts of automobiles was sustained. The items marked "B," stipulated to consist of ammeters the same as those involved in C. D. 1776, except that the ammeters in the cited case were parts of automobiles whereas those in question are parts of motorcycles, were held dutiable at 15 percent under the provision in paragraph 369 (c), as modified, *supra*, for parts of motorcycles, as claimed.

**No. 61272.**—International Expediters, Inc. v. United States, protest 265641–K/ 7190 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the articles described on the consular invoice as "Needle Files" measure over 2¼ inches, but not over 4½ inches in length, the claim of the plaintiff was sustained.